JACQUELYNE M. NGUYEN, Bar no. 249658
LAW OFFICES OF JACQUELYNE M. NGUYEN
2900 Bristol Street, Suite "A-208"
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: Plaintiff

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CHRISTOPHER S. WILLS,<br><br>　　　　Defendant | No.: 5:14-cv-0015<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Christopher S. Wills, in the principal amount of $5,121.04 plus interest accrued to January 2, 2014, in the sum of $8,228.39; with interest accruing thereafter at $1.15 daily until entry of judgment, administration costs in the amount of $10.98, for a total amount of $13,451.41.

DATED: April 1, 2014　　　　　　By: TERRY NAFISI
　　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　　United States District Court